AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oldshue Jr., Jerry C. | Alabama Southern District Bankruptcy Court | 08/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
201 St. Louis Street
Mobile, AL 36602-6602

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Law and Economics Center, George Mason University Antonin Scalia Law School | January 23-28, 2019 | Islamorada, FL | Judicial Education | Transportation, meals, and lodging |
| 2. | American Bankruptcy Institute | April 11-14, 2019 | Washington, DC | Bankruptcy CLE | Transportation, meals, and lodging |
| 3. | Northern District of Florida Bankruptcy Bar | September 12-13, 2019 | Pensacola, FL | Bankruptcy CLE | Transportation, meals, and lodging |
| 4. | Cumberland Law School | October 24-25, 2019 | Birmingham, AL | Bankruptcy CLE | Transportation, meals, and lodging |
| 5. | University of Alabama School of Law | November 15-16, 2019 | Birmingham, AL | Bankruptcy CLE | Transportation, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue Jr., Jerry C. | 08/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oldshue Jr., Jerry C.** | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | IRA #1 (H) | | | | | | | | | |
| 2. | ISHARES INC MSCI JAPAN ETF (EWJ) | A | Dividend | J | T | | | | | |
| 3. | ISHARES JP MORGAN EM BOND ETF (EMB) | A | Dividend | J | T | | | | | |
| 4. | BLACKROCK EQUITY DIVIDEND I (MADVX) | B | Dividend | J | T | | | | | |
| 5. | BLACKROCK HI YIELD BD PTF INST (BHYIX) | A | Dividend | | | Sold | 05/22/19 | J | | |
| 6. | BLACKSTONE ALT MULT-STRAT INST (BXMIX) | A | Dividend | K | T | | | | | |
| 7. | COLUMBIA SELECT LG CAP GW I (UMLGX) | C | Dividend | J | T | Buy (add'l) | 12/13/19 | J | | |
| 8. | COLUMBIA SELECT LG CAP VAL I (CSVZX) | A | Dividend | J | T | | | | | |
| 9. | CONGRESS MID CAP GROWTH INSTL (IMIDX) | A | Dividend | J | T | | | | | |
| 10. | DIAMOND HILL LONG-SHORT I (DHLSX) | B | Dividend | K | T | | | | | |
| 11. | HARDING LOEVNER EMERG MKTS ADV (HLEMX) | A | Dividend | K | T | Sold (part) | 05/22/19 | K | B | |
| 12. | INVESCO GLB REAL ESTATE Y (ARGYX) | A | Dividend | J | T | | | | | |
| 13. | INVESCO OPP STLPTH MLP SEL40 Y (MLPTX) Formerly: OPI STEELPATH MLP | A | Dividend | J | T | Buy (add'l) | 07/22/19 | J | | |
| 14. | | | Dividend | | | Buy (add'l) | 12/13/19 | J | | |
| 15. | INVESCO INTL GROWTH Y (AIIYX) | | None | | | Sold | 05/22/19 | K | B | |
| 16. | JANUS HENDERSON FLEXIBLE BD I (JFLEX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oldshue Jr., Jerry C.** | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. JANUS HENDERSON INTL MNG VOL I (JMIIX) | B | Dividend | K | T | Buy | 05/22/19 | K | | |
| 18. JANUS HENDERSON INTL OPP I (HFOIX) | B | Dividend | K | T | | | | | |
| 19. LOCORR MACRO STRATEGIES I (LFMIX) | A | Dividend | J | T | | | | | |
| 20. LORD ABBETT SHT DURATION INC F (LDLFX) | A | Dividend | | | Sold | 05/22/19 | K | | |
| 21. PGIM HIGH YIELD Z (PHYZX) | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 22. PGIM JENNISON GROWTH Z (PJFZX) | A | Dividend | J | T | | | | | |
| 23. PIMCO LOW DURATION INC I2 (PFTPX) | A | Dividend | K | T | Buy | 05/22/19 | K | | |
| 24. PIMCO SHORT TERM I2 (PTSPX) | A | Dividend | J | T | | | | | |
| 25. VICTORY RS PARTNERS Y (RSPYX) | A | Dividend | J | T | | | | | |
| 26. VICTORY RS SMALL CAP GROWTH Y (RSYEX) | A | Dividend | J | T | | | | | |
| 27. VICTORY RS VALUE Y (RSVYX) | A | Dividend | J | T | | | | | |
| 28. VICTORY SOPHUS EMERG MKTS Y (RSENX) | A | Dividend | K | T | Buy | 05/22/19 | K | | |
| 29. WILLIAM BLAIR INTL GROWTH I (BIGIX) | A | Dividend | K | T | | | | | |
| 30. IRA #2 (H) | | | | | | | | | |
| 31. MORGAN STANLEY BANK N.A. (CASH) | A | Interest | J | T | | | | | |
| 32. AMER CENT EMERG MKTS I (AMKIX) | A | Dividend | K | T | | | | | |
| 33. BLACKROCK INFLAT PROT BOND I (BPRIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue Jr., Jerry C. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. BNY MELLON NATURAL RESOURCES I (DLDRX) | A | Dividend | J | T | Buy | 05/21/19 | J | | |
| 35. COLUMBIA SELECT LG CAP GROWTH I (UMLGX) | C | Dividend | J | T | | | | | |
| 36. COLUMBIA SELECT LG CAP VAL I (CSVZX) | A | Dividend | J | T | | | | | |
| 37. DIAMOND HILL LONG-SHORT I (DHLSX) | A | Dividend | J | T | | | | | |
| 38. GUGGENHEIM TOTAL RETURN BD I (GIBIX) | A | Dividend | K | T | Buy (add'l) | 05/21/19 | K | | |
| 39. HARBOR INTERNATIONAL INST (HAINX) | A | Dividend | J | T | | | | | |
| 40. INVESCO DEVELOPING MARKETS Y (GTDYX) | | None | | | Sold | 05/21/19 | K | C | |
| 41. INVESCO DIVERSIFIED DIVIDEND Y (LCEYX) | A | Dividend | J | T | Sold (part) | 05/21/19 | J | A | |
| 42. INVESCO INTL GROWTH Y (AIIYX) | | None | | | Sold | 05/21/19 | J | A | |
| 43. INVESCO SMALL CAP VALUE Y (VSMIX) | A | Dividend | J | T | | | | | |
| 44. JANUS HENDERSON ENTERPRISE I (JMGRX) | A | Dividend | K | T | | | | | |
| 45. JANUS HENDERSON INTL MNG VOL I (JMIIX) | B | Dividend | K | T | | | | | |
| 46. JANUS HENDERSON INTL OPP I (HFOIX) | B | Dividend | K | T | Sold (part) | 05/21/19 | J | | |
| 47. JANUS HENDERSON RESEARCH I (JRAIX) | B | Dividend | J | T | | | | | |
| 48. JPMORGAN MID CAP VALUE I (JMVSX) | A | Dividend | J | T | | | | | |
| 49. JPMORGAN SMALL CAP BLEND I (JDSCX) | A | Dividend | J | T | | | | | |
| 50. LOCORR MACRO STRATEGIES I (LFMIX) | B | Dividend | K | T | Sold (part) | 05/21/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue Jr., Jerry C. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | PGIM JENNISON GROWTH Z (PJFZX) | A | Dividend | J | T | Sold<br>(part) | 05/21/19 | J | B | |
| 52. | PIONEER MLTI AST ULT SHT INC Y (MYFRX) | A | Dividend | J | T | | | | | |
| 53. | VICTORY GLB NATURAL RES Y (RSNYX) | | None | | | Sold | 05/21/19 | J | | |
| 54. | VICTORY RS VALUE Y (RSVYX) | A | Dividend | J | T | Buy<br>(add'l) | 05/21/19 | J | | |
| 55. | VICTORY SOPHUS EMERG MKTS Y (RSENX) | A | Dividend | K | T | Buy | 05/21/19 | K | | |
| 56. | VICTORY TRIVLNT INTL SML CAP Y (MYSIX) | A | Dividend | K | T | Buy<br>(add'l) | 05/21/19 | J | | |
| 57. | VIRTUS NWFLT MLTSEC SHTM BD I (PIMSX) | A | Dividend | K | T | Sold<br>(part) | 05/21/19 | J | | |
| 58. | 529 #1 (H) | | | | | | | | | |
| 59. | VANGUARD EM MKT SEL STK C (VESCZ) (X) | | None | J | T | | | | | |
| 60. | CC 529 DFA US LARGE CAP VAL C (DFALZ) | | None | J | T | | | | | |
| 61. | AL AMER CENT EQ GW C (NAAMC) | | None | J | T | | | | | |
| 62. | AL NEUBRGR INTL LGCP C (NUBRR) | | None | J | T | | | | | |
| 63. | NORTHERN FUNDS INTERNATIONAL EQUITY INDEX (NRIEE) | | None | J | T | | | | | |
| 64. | LAZARD EMERGING MARKETS C (Y) | | | | | | | | | |
| 65. | 529 #2 (H) | | | | | | | | | |
| 66. | CC 529 DFA US LARGE CAP VAL C (DFALZ) | | None | J | T | | | | | |
| 67. | NORTHERN BOND INDEX C 529 (NRBOO) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue Jr., Jerry C. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. NORTHERN FUNDS INTERNATIONAL EQUITY INDEX (NRIEE) | | None | J | T | | | | | |
| 69. NORTHERN MID CAP INDEX C 529 (NRMMM) | | None | J | T | | | | | |
| 70. T ROWE PRICE BALANCED C (NTROO) | | None | J | T | | | | | |
| 71. T ROWE PRICE LARGE CAP GROWTH (NRTWW) | | None | J | T | | | | | |
| 72. T ROWE PRICE REAL ESTATE C (Y) | | | | | | | | | |
| 73. LAZARD EMERGING MARKETS C (Y) | | | | | | | | | |
| 74. 529 #3 (H) | | | | | | | | | |
| 75. DFA REAL EST SEC C (DRSCZ) (X) | | None | J | T | | | | | |
| 76. VANGUARD EMERGING MARKETS SEL STK C (VESCZ) (X) | | None | J | T | | | | | |
| 77. CC 529 DFA US LARGE CAP VAL C (DFALZ) | | None | J | T | | | | | |
| 78. T ROWE PRICE US SM CAP GROWTH (CTQGZ) | | None | J | T | | | | | |
| 79. NORTHERN BOND INDEX C 529 (NRBOO) | | None | J | T | | | | | |
| 80. NORTHERN FUNDS INTERNATIONAL EQUITY INDEX (NRIEE) | | None | J | T | | | | | |
| 81. NORTHERN MID CAP INDEX C 529 (NRMMM) | | None | J | T | | | | | |
| 82. NORTHERN SM CAP INDEX C (NRTCC) (Y) | | | | | | | | | |
| 83. PIMCO SHORT TERM C (NRPPM) | | None | J | T | | | | | |
| 84. T ROWE PRICE BALANCED C (NTROO) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue Jr., Jerry C. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. T ROWE PRICE LARGE CAP GROWTH (NRTWW) | | None | J | T | | | | | |
| 86. LAZARD EMERGING MARKETS C (Y) | | | | | | | | | |
| 87. T ROWE PRICE REAL ESTATE C (Y) | | | | | | | | | |
| 88. Brokerage #1 (H) | | | | | | | | | |
| 89. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 90. AMAZON COM INC (AMZN) | | None | J | T | | | | | |
| 91. Brokerage #2 (H) | | | | | | | | | |
| 92. MS PATHWAY ALTERN STRATEGIES (TALTX) (X) | | None | J | T | | | | | |
| 93. MS PATHWAY INTERNATIONAL EQ (TIEUX) | A | Dividend | J | T | | | | | |
| 94. Brokerage #3 (H) | | | | | | | | | |
| 95. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 96. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 97. Brokerage #4 (H) | | | | | | | | | |
| 98. MSPBNA PREFERRED SAVINGS - QC (CASH) | A | Dividend | L | T | Open | 10/07/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oldshue Jr., Jerry C.** | 08/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

OPI STEELPATH MLP SELECT 40 Y is now INVESCO OPP STLPTH MLP SEL40 Y (MLPTX).

| Name of Person Reporting | Date of Report |
|---|---|
| **Oldshue Jr., Jerry C.** | 08/04/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue Jr., Jerry C. | 08/04/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry C. Oldshue Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544